UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDWIN CRUZ MORALES, ON BEHALF OF
HIMSELF AND THOSE SIMILARLY
SITUATED,

           Plaintiffs,

- against -

NEXT STOP 2006, INC., ET AL.,

           Defendants.

22-cv-3311 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for July 18, 2022, is canceled.

SO ORDERED.

Dated:    New York, New York
           July 14, 2022

                                          John G. Koeltl
                                    United States District Judge