UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EDWIN CRUZ MORALES, GERSON POLANCO, EDUARDO MIXI, ANTONIO BRUNO, LUCIANO CALIXTO, ISAAC DIAZ, FERNANDO LEYVA, EDGAR LUNA, CORNELIO RINCON LEON, LEONEL FLORES, EDWIN ALBA, RAUL HERRERA, LUCIANO LOPEZ, RAFAEL RODRIGUEZ, NICHOLAS FIGUEROA, LUIS CASTILLO, FERNANDO SANCHEZ, ARISMENDIZ HIDALGO, JORGE MARTINEZ, JOSE GRANDE HERNANDEZ and ANGEL M. VARGAS MARTINEZ, on behalf of themselves and those similarly situated,

                     Plaintiffs,

-against-

NEXT STOP 2006, INC., CHAIM LITTMAN and CAROLINA LITTMAN,

                     Defendants.
-----------------------------------------------------------------X

1:22-cv-03311-JGK

**RULE 502(d) ORDER**

JOHN G. KOELTL, United States District Court Judge:

1. The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or other information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

SO ORDERED.

DATED:   New York, New York
            DATE 7/14/22

                                                                       JOHN G. KOELTL
                                                                       United States District Court Judge