```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------

EDWIN CRUZ MORALES ET AL.,

               Plaintiffs,

     - against -

NEXT STOP 2006, INC. ET AL.,

               Defendants.

22-cv-3311 (JGK)

ORDER

-----------------------------------------

**JOHN G. KOELTL, District Judge:**

    The conference scheduled for **September 9, 2022** at **1:30 p.m.** is **canceled**.

**SO ORDERED.**

Dated:    New York, New York
            September 2, 2022

                                  /s/ John G. Koeltl
                                      John G. Koeltl
                           **United States District Judge**