UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWIN CRUZ MORALES, et al.,<br><br>      Plaintiffs,<br><br>  -against-<br><br>NEXT STOP 2006, INC. et al.,<br><br>      Defendants. | Case No. 1:22-cv-03311 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of the parties' joint letter, dated October 4, 2022, filed in response to the Court's September 20, 2022 Reassignment Order. ECF No. 43. In light of the procedural posture of this case, IT IS HEREBY ORDERED that the parties shall appear for a status conference on October 13, 2022, at 11:30 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

Dated: October 5, 2022
    New York, New York

                 SO ORDERED.

                 *Jennifer Rochon*
                 JENNIFER L. ROCHON
                 United States District Judge